UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| NATHANIEL HENDERSON | ) | |
|     Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 4:25-CV-12-FL |
| AMERICA PAC | ) | |
|     Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on February 11, 2025, and for the reasons set forth more specifically therein, that this action is DISMISSED for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on February 11, 2025, and Copies To:**
Nathaniel Henderson (via US mail) 2505 B. Dickinson Ave, Greenville, NC 27834

February 11, 2025                      PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                              (By)    Sandra K. Collins, Deputy Clerk